# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WAYNE GROGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GONZALEZ, *et al.*,<br><br>　　　　Defendants. | Case No.  1:25-cv-01986-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Daniel Wayne Grogan ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on December 23, 2025.  (ECF No. 1.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　　Dated:   **December 29, 2025**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1