**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DANIEL WAYNE GROGAN,

Plaintiff,

v.

F. GONZALEZ, et al.,

Defendants.

No. 1:25-cv-01986 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S CONSTRUED MOTION FOR A PRELIMINARY INJUNCTION

(Doc. 14)

Daniel Wayne Grogan asserts he suffered violations of his civil rights while housed at the Corcoran Substance Abuse Treatment Facility. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim. (Doc. 11.) After Plaintiff filed a response to the screening order (Doc. 12), the magistrate judge construed the filing as a motion for discovery and for preliminary injunction, denied the motion for discovery without prejudice, and issued Findings and Recommendations that recommended the Court deny the construed motion for injunctive relief. (Doc. 14 at 2-4.)

The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due in 14 days. (Doc. 14 at 5.) The Court advised Plaintiff that the failure to file timely objections within the specified time may result in the waiver of rights on appeal. (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed,

and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 7, 2026 (Doc. 14) are **ADOPTED** in full.
2. Plaintiff's construed motion for preliminary injunction (Doc. 12) is **DENIED**.

IT IS SO ORDERED.

Dated: _August 5, 2026_

UNITED STATES DISTRICT JUDGE