**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DANIEL WAYNE GROGAN,

Plaintiff,

v.

GONZALEZ, *et al.*,

Defendants.

Case No. 1:25-cv-01986 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 16)

Daniel Wayne Grogan asserts that he suffered violations of his civil rights while housed at the California Substance Abuse Treatment Facility. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found that it failed to comply with Rule 8 of the Federal Rules of Civil Procedure and failed to state a claim. (Doc. 11 at 2-16.) The Court granted Plaintiff leave to amend and directed him to file any amended complaint within 30 days. (*Id.* at 16.) Plaintiff was also warned that if he failed to file an amended complaint, the action would be subject to dismissal. (*Id.* at 16-17, emphasis omitted.) To date, Plaintiff has not filed an amended complaint.

The magistrate judge issued Findings and Recommendations, reiterating the findings of the Screening Order and recommending the Court dismiss for failure to state a claim. (Doc. 16 at 2-15.) The magistrate judge also found Plaintiff failed to comply with the Court's order and

failed to prosecute this case by not filing any amended complaint, and terminating sanctions were appropriate for these failures. (*Id.* at 15-17.) Therefore, the magistrate judge recommended the Court dismiss the action with prejudice. (*Id.* at 17.)

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (Doc. 16 at 17.) The Court also warned Plaintiff that failure to file timely objections "may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 17, 2026 (Doc. 16) are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE